# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**767**
**CA 15-02104**
PRESENT: WHALEN, P.J., SMITH, NEMOYER, CURRAN, AND SCUDDER, JJ.

LOUANN REHWALDT, PLAINTIFF-APPELLANT,

V                                                                          ORDER

KATHLEEN M. KOKOLUS, DEFENDANT-RESPONDENT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (JILL Z. FLORKOWSKI OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (Michael L. D'Amico, A.J.), entered March 20, 2015. The judgment awarded plaintiff money damages upon a jury verdict.

Now, upon reading and filing the stipulation withdrawing and discontinuing appeal signed by the attorneys for the parties on August 30, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: September 30, 2016                           Frances E. Cafarell
                                                      Clerk of the Court